# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | | Bankruptcy Case No. |
| Rhonda Sutton | ) | 17 B 03989 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

## ORDER VACATING ORDER MODIFYING AUTOMATIC STATY

IT IS HEREBY ORDERED THAT:

The order modifying automatic stay entered on January 8, 2020 is vacated and the motion is continued to January 22, 2020 at 10:00 a.m.

Dated: January 10, 2019

_____
Deborah L. Thorne
United States Bankruptcy Judge